IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN BAGLEY *and all others similarly situated*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-2281 |
| LB FOODS, INC. *et al.*, | § § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION
TO MODIFY DOCKET CONTROL ORDER**

Defendants, LB Foods, Inc. d/b/a Dragon Bowl, Ken Bridge, and Christina Cantrell (hereinafter referred to as "Defendants"), and plaintiff, Kevin Bagley and all others similarly situated ("Plaintiff"), filed an Agreed Motion to Modify the Docket Control Order. The motion is granted. The deadline to complete discovery relevant to the exempt issue is extended to **March 28, 2011**. The deadline for the Defendants' Dispositive Motion on the Exempt Issue is extended to **April 28, 2011**. The Plaintiffs' responses and/or cross-motions are due by **May 18, 2011**.

SIGNED on February 18, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge